IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 1:05-CR-33 (WLS) |
| GERALD DAVINCI IRVIN, | : |
| Defendant. | : |

O R D E R

     Before the Court is Defendant's motion for a continuance. (Tab 32). As of this date, the Government has not filed a response, but has consented to the motion. Defendant's initial appearance was on August 23, 2005. As of September 9, 2005, Defendant had not received the requested discovery. Defendant requests time to prepare for trial. Because of the expected extensive discovery and the recent arraignment, a continuance is appropriate. In addition, the Court orders that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, shall be excluded from computation pursuant to 18 U.S.C. § 3161(h)(8)(A) and (8)(B)(iv) in that failure to grant a continuance "would deny counsel for the defendant[s] ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Therefore, the Defendant's motion for a continuance (Tab 32) is **GRANTED.** Said case is continued to the Court's next regularly scheduled trial term after the October 2005 Trial Term, unless earlier, as may be ordered by the Court.

     SO ORDERED, this  28th  day of September, 2005.

                                             /s/W. Louis Sands
                                      **W. Louis Sands, Chief Judge**
                                      **United States District Court**